FILED

MAR - 1 2018

Clerk, US District Court
District of Montana - Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROLANDO PEREZ,<br><br>Defendant. | CR 06-26-BLG-SPW<br><br><br>ORDER |

For the reasons stated on the record, ROLANDO PEREZ is hereby released

from the custody of the U.S. Marshals Service.

DATED this ___1st___ day of March, 2018.

Susan P. Watters
SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1